
FILED
CLERK U.S. DISTRICT COURT
JUL 1 2 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JOSE LOPEZ DEFENDANT(S). | CASE NUMBER 16 MJ 1408 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT__ , IT IS ORDERED that a detention hearing is set for __July 14__, __2016__, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __Eick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __7/12/16__         _____
                          U.S. District Judge/Magistrate Judge